Simon Franzini (CA Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 656-7069 fax

*Attorney for Plaintiffs Aqua Connect, Inc. and Strategic Technology Partners, LLC.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUA CONNECT, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>  Defendant. | CASE NO. 8:17-cv-1762<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that all claims for relief asserted against APPLE, INC. by AQUA CONNECT, INC. and STRATEGIC TECHNOLOGY PARTNERS, LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Dated:  December 20, 2017

_____

United States District Judge